BEFORE THE SECOND DIVISION, OCTOBER 18, 1946.

**No. 51364.**—Protests 34340–K, etc., of Wimelbacher & Rice (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 133). In accordance therewith the claim of the plaintiff was sustained.